1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM J. WHITSITT,                    No.  2:22-cv-2114 KJN P

12              Plaintiff,

13        v.                                 ORDER

14   TIM SPENCER, et al.,

15              Defendants.

16

17        Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has not, however, filed a completed in forma pauperis affidavit or paid

19   the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a),

20   1915(a).  Rather, plaintiff only provided the first page of the in forma pauperis affidavit.

21   Therefore, plaintiff is provided the opportunity either to submit the appropriate affidavit in

22   support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

23        Plaintiff is cautioned that the in forma pauperis application form includes a section that

24   must be completed by a jail official, and the form must be accompanied by a certified copy of

25   ////

26

27   _____
     [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
28   but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not
     required to pay the $52.00 administrative fee.

                                        1

1 plaintiff's inmate trust account statement for the six-month period immediately preceding the

2 filing of this action.

3       Plaintiff included a letter to the clerk of the court in which he asked that court orders be

4 sent to both his address in jail as well as his home address.  Plaintiff's request is denied.  It is the

5 plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to

6 Local Rule 182(f), service of documents at the record address of the party is fully effective.

7       In accordance with the above, IT IS HEREBY ORDERED that:

8       1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

9 support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

10 the required fees in the amount of $402.00; plaintiff's failure to comply with this order will result

11 in a recommendation that this action be dismissed.

12       2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

13 Forma Pauperis By a Prisoner.

14       3.  Plaintiff's request that court orders be served to two different addresses (ECF No. 2 at

15 2) is denied.

16 Dated:  December 1, 2022

17

18 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

19

20 /hh/cw/whit2114.3a

21

22

23

24

25

26

27

28

2