UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>           Plaintiff,<br><br>     v.<br><br>TIM SPENCER, et al.,<br><br>           Defendants. | No.  2:22-cv-2114 KJN P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to comply with the December 1, 2022 order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 5) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to comply with the December 1, 2022 order.  Plaintiff is cautioned that failure to comply with such order may result in a recommendation that this action be dismissed.

Dated:  January 5, 2023

                                                                                     KENDALL J. NEWMAN
                                                                                     UNITED STATES MAGISTRATE JUDGE

/whit2114.36

1